**COVER SHEET** (To summarize information set forth in the motion)
**§363 Preconfirmation Sale-Chapter 13**
Return Date of Motion: November 16, 2023
Debtor: Elroy Clark, Case No. 23-20079-PRW Chapter: 13
Debtor's Attorney: David Ealy, Esq. Trustee: George M. Reiber, Esq.
Date Debtor's Petition Filed: February 21, 2023; Plan Unconfirmed

**For all Motions**

1. Brief Description of Plan: Currently $4634 per month for a period of 5 years
Estimated distribution to Unsecured Creditors 100%+4.19%
2. The Trustee has moved for approval of a preconfirmation sale of property of the estate
___ (a) Reduce payments from _____ per month to _____ per month and forgive prior defaults, if any
___ (b) Increase payments from $ per month to $ per month
___ (c) Change term of payment to _____ months from the commencement date of the original plan.
___ (d) Cause unsecured creditors dividend to be increased from % to an estimated % of the allowed unsecured claims within the term of the plan.
___ (e) Suspend plan payments for _____ months and cure the suspended payments by thereafter increasing plan payments to _____ per month or extending the plan term by the number of months the suspension lasted.
_x_ (f) Other relief requested: approve sale of real property and pay sale proceeds into plan.
3. Are professional fees requested? _____ Yes __x__ No; If Yes, for what amount: $
_____
(a) Has a supplemental 2016(b) statement been filed? _____ Yes _____ No
(b) Are fees paid inside the plan? _____ Yes _____ No
4. The debtor(s) amended budget is attached hereto and made a part hereof. _____ Yes
__x____ No
5. Have the debtor(s) sought relief under §1229 or §1329 prior to this motion? ___ Yes
__x___ No
If yes, date of order granting such modification and a brief explanation.